UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SHANE PORTER,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendants.

No.  1:25-cv-01470-KES-GSA

ORDER GRANTING EXTENSION TO FILE REPLY BRIEF

As stipulated, Plaintiff shall have a 28-day extension of time, from March 6, 2026 to April 3, 2026, for Plaintiff to serve on defendant PLAINTIFF'S REPLY.  All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:    **March 2, 2026**              **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

1